BECK & JONES *et al. v.* CHENOWETH-HOLDER LUMBER COMPANY *et al.*

No. 7420. APRIL 16, 1930.

*J. Henderson Lanham* and *Harris & Harris,* for plaintiffs in error.

*Wright, Wright & Covington* and *Lamar Camp,* contra.

HILL, J. On the call of the case in this court the defendant in error moved to dismiss the bill of exceptions, on the ground that the case arose originally by reason of separate actions brought by W. A. Dempsey, J. W. Elliott, and Beck & Jones, for the foreclosure of their three certain materialman's liens, and that said actions were consolidated into one action, and that thereafter a separate judgment was rendered by the court finding in favor of Beck & Jones in a certain amount, and finding against J. W. Elliott and W. A. Dempsey; that a joint motion for new trial was filed in said case by all of said three parties, and no separate motions for new trial were filed by the parties in the case; and therefore that the Supreme Court is without jurisdiction to entertain said bill of exceptions, in that there is no law or practice authorizing or conferring jurisdiction upon this court to entertain such a writ of error. *Held,* that this court is without jurisdiction to entertain such a bill of exceptions. There being no provision of law for such procedure, the writ of error must be dismissed. *Futch* v. *Mathis,* 148 *Ga.* 558 (97 S. E. 516); *Western Assurance Co.* v. *Way,* 98 *Ga.* 746 (27 S. E. 167); *Brown* v. *Louisville &c. Railroad Co.,* and *Center* v. *Fickett Paper Co.,* 117 *Ga.* 222 (43 S.

E. 498); *Dickey* v. *State,* 101 *Ga.* 572 (28 S. E. 980); *Culler* v. *Central Bank,* 147 *Ga.* 754 (95 S. E. 285); *Erwin* v. *Ennis,* 104 *Ga.* 861 (31 S. E. 444); *Bates* v. *Harris,* 112 *Ga.* 32, 34 (37 S. E. 105); *Wells* v. *Coker Banking Co.,* 113 *Ga.* 857 (39 S. E. 298); *Purvis* v. *Ferst Sons & Co.,* 114 *Ga.* 689 (40 S. E. 723); *Cole* v. *Stanley,* 118 *Ga.* 259 (45 S. E. 282); *Valdosta Guano Co.* v. *Hurt,* 119 *Ga.* 909 (47 S. E. 212); *Wall* v. *Mann,* 163 *Ga.* 42 (135 S. E. 407). *Writ of error dismissed. All the Justices concur.*